NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADAMS RESPIRATORY THERAPEUTICS, INC., ADAMS RESPIRATORY OPERATIONS, INC., ADAMS RESPIRATORY PRODUCTS, INC., AND RECKITT BENCKISER INC.,**
*Plaintiffs-Appellants,*

v.

**PERRIGO COMPANY, L. PERRIGO COMPANY, AND PERRIGO RESEARCH AND DEVELOPMENT COMPANY,**
*Defendants-Appellees.*

---

2012-1205

---

Appeal from the United States District Court for the Western District of Michigan in case no. 07-CV-0993, Judge Gordon J. Quist.

---

**ON MOTION**

---

**ORDER**

Perrigo Company, et al. move for a 22-day extension of time, until June 1, 2012, to their response brief. Adams Respiratory Therapeutics, Inc., et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAY 0 4 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dominick A. Conde, Esq.
Christine J. Siwik, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2012

JAN HORBALY
CLERK